

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-17-2005

# Cochran v. Pinchak

Precedential or Non-Precedential: Precedential

Docket No. 02-1047

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Cochran v. Pinchak" (2005). *2005 Decisions.* Paper 916.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/916

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Case No:  02-1047
_____

OLIVER COCHRAN
<u>Appellant</u>

v.

STEVEN PINCHAK, Administrator of East Jersey State Prison;
PATRICK ARVONIO, Administrator of East Jersey State Prison;
ALFIERO ORTIZ, Assistant Administrator of East Jersey State Prison;
TERRANCE MOORE, Assistant Administrator of East Jersey State Prison;
MICHAEL POWERS; DR. FREDERICK BAUER; LT. "JOHN" MILLER;
SGT. "JOHN" TARZA; DR. FRANKLIN H. SPIRN; DR. HOWARD M. EPSTEIN;
NEW JERSEY DEPARTMENT OF CORRECTIONS; THOMAS D. FARRELL,
Supervisor of the Health Services Unit of the New Jersey
Department of Corrections; SCOTT A. FAUNCE, Administrator of
Bayside State Prison; CHARLES LEONE, Assistant Administrator of
Bayside State Prison; "JANE" MERITT, Classification Supervisor
of Bayside State Prison; "JOHN" BLOUNT, Correction Officer; "JOHN" ALENDE,
Correction Officer; "JOHN" DAVENPORT, Correction Officer;
"JOHN" SNELL, Correction Officer; SERGEANT "JOHN" PERGANSKI,
Correction Officer; SERGEANT "JOHN" DAVIS, Correction Officer;
CORRECTIONAL MEDICAL SERVICES; DR. HERTZEL ZACKAI; DR. "JOHN"
CARLINO; LISA LITTLE, Hospital Administrator for Bayside State Prison;
MARGE AMODEL


<u>Appellees</u>



UNITED STATES OF AMERICA


<u>Intervenor</u>

Before: SCIRICA, <u>Chief Judge</u>, FISHER and ALDISERT, <u>Circuit Judges</u>,

ORDER SUR PETITION FOR PANEL REHEARING

It appearing that the Supreme Court has before it the consolidated cases of *United States v. Georgia*, No. 04-1203, and *Goodman v. Georgia*, No. 04-1236, <u>cert granted</u> May 16, 2005, that are appeals from the Court of Appeals for the Eleventh Circuit which discuss *Miller v. King*, 384 F.3d. 1248 (11th Cir. 2004), a case relied on by the majority opinion in the within case, it is ORDERED that the Petitions for Panel Rehearing be and are hereby GRANTED, that the opinion and judgment in the within case be VACATED and that the matter be held C.A.V. until such time as the Supreme Court decides the consolidated cases of *United States v. Georgia*, No. 04-1203, and *Goodman v. Georgia*, No. 04-1236.

BY THE COURT

/s/ Ruggero J. Aldisert
Circuit Judge

Dated: June 17, 2005
CMH/cc: JVD, DMR, SEH